Tyler S. Call (15427)
HEPWORTH & MURRAY
140 South Main Street
Bountiful, Utah 84010
801-872-2222
Tyler@HepworthMurray.com
*Attorney for Plaintiff*

---

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SUSAN CUNLIFFE, <br><br> Plaintiff, <br><br> vs. <br><br> HORIZON REALTY ADVISORS, LLC, <br><br> Defendant. | **WITHDRAWAL OF FOURTH AND FIFTH CAUSES OF ACTION** <br><br> Case:  1:17-cv-00053-EJF <br><br> Magistrate Judge Evelyn J. Furse |

Plaintiff hereby withdraws the fourth and fifth causes of action plead in her Amended

Complaint (May 10, 2017). Plaintiff preserves all other causes of action and claims in her

Amended Complaint.

DATED June 20, 2017.


/s/ Tyler S. Call
TYLER S. CALL
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that I transmitted a true and correct copy of the foregoing Withdrawal of Causes of Action on June 20, 2017, to:

Conrad S. Kee
M. Christopher Moon
*Attorneys for Defendant*
Via E-filing

/s/ Audrey Knudson